# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BEAVER SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-CV-47-GKF-TLW |
| ) | |
| ARDENT HEALTH SERVICES/HILLCREST ) | |
| MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to this court's order granting plaintiff Beaver Smith's Motion for Voluntary Dismissal [Dkt. #18], it is hereby ordered that this action be dismissed without prejudice, with each side to bear its own attorney fees and costs.

ENTERED this 22nd day of June, 2015.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT